UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Jerry Camenish Cooper,

    Authorized representative, lawful man, Creditor, injured third party intervenor

Case No. MS06-5009FDB

ORDER OF DISMISSAL

    Jerry Camenish Cooper purports to establish a miscellaneous cause of action by filing two documents. One document is entitled "Notice of Evidence for Future Case Settlement To Open Miscellaneous File For U. S. Magistrate Review, Acknowledgement [sic], and Filing," and the other document is entitled "Notice of Evidence for Future Case Settlement For U.S. Magistrate Review, Acknowledgement [sic], and Filing."

    This matter does not appear to have been appropriately filed as a miscellaneous action, nor does anything appear from the documents that render it appropriate for filing as a civil action.

    ACCORDINGLY, IT IS ORDERED: This cause of action is DISMISSED, the matter having been inappropriately filed as a miscellaneous action, and no further documents may be filed in this cause of action.

    DATED this 28th day of June, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1