UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Jerry Camenish Cooper,

Authorized representative, lawful man, creditor,
injured third party intervenor

Case No. MS06-5009 FDB

ORDER DENYING
RECONSIDERATION

This matter comes before this Court on "Notice, in the Nature of a Motion, for a Rehearing as to Petitioner's Filing of Evidence for Future Case Settlement and so forth." The Court construes this pleading as a motion for reconsideration of its Order of Dismissal, filed June 28, 2006. As previously held, the matter is not appropriate for filing. The motion for reconsideration does not convince the Court otherwise. It is hereby ORDERED:

(1)     The motion for reconsideration is DENIED;

(2)     No further documents may be filed in this action.

DATED this 23rd day of October, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1