1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

JERRY CAMENISH COOPER,
     Sovereign Washingtonian of United
States of America, Creditor, injured
Third-party intervenor,
                    Petitioner

11

12

Case No. MS06-5009FDB

ORDER

13

14

Petitioner has attempted to open a miscellaneous case in the past, MS06-5009FDB, by filing

15

a document similar to the one with which he seeks to have a case opened now: to wit,  "Notice of

16

Evidence for Future Case Settlement and Petition to Open Miscellaneous File in Accordance with 28

17

U.S.C. § 1914, for U.S. Magistrate Review, Issue, and Certification."  The Court rejects this attempt

18

to either open a new case, or to file a documents in the above closed case, or to "hold as

19

evidence"documents.

20

ACCORDINGLY, IT IS ORDERED: The Clerk of the Court is instructed to return the

21

documents to Plaintiff with this Order and to reject such future filings.

22

DATED this 19th day of June, 2007.

23

24

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

25

26